**RECEIVED**
IN LAKE CHARLES, LA

AUG 2 4 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| BURNELL PETERS, ET AL. | : | DOCKET NO. 06-0602 |
| VS. | : | JUDGE MINALDI |
| AMERICAN SOUTHERN HOME INSURANCE CO., ET AL. | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

IT IS ORDERED that plaintiffs' motions for leave of court to file their first and second amending and supplemental petitions [doc. #s 19 & 22] be, and they are hereby DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this _24_ day of _____, 2006.


PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE