
RECEIVED
IN LAKE CHARLES, LA
DEC 15 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **BURNELL PETERS, ET AL.** | : | **DOCKET NO. 2:06 cv 602** |
| VS. | : | JUDGE MINALDI |
| **AMERICAN SOUTHERN HOME INSURANCE CO., ET AL.** | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the Memorandum Ruling, for the reasons stated therein, it is ORDERED that American Southern Home Insurance Company's Motion for Summary Judgment [doc. 48] is DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ____ day of November, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT